IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ERCELL MANUEL, | : |
|     Petitioner, | : |
| v. | :   CIVIL ACTION 06-0255-BH-M |
| WILLIE THOMAS, | : |
|     Respondent. | : |

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge (Doc. 17) made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this action be DISMISSED as this Court is without jurisdiction to entertain the claims raised therein.

**DONE** this 31st day of August, 2006.

                                                    s/ W. B. Hand
                                            SENIOR DISTRICT JUDGE